**STATE v. SLAUGHTER**

[365 N.C. 321 (2011)]

STATE OF NORTH CAROLINA v. MICHAEL DUSTIN SLAUGHTER

No. 258A11

(Filed 9 December 2011)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 710 S.E.2d 377 (2011), finding no error in judgments entered on 17 March 2010 by Judge W. Erwin Spainhour in Superior Court, Lincoln County. Heard in the Supreme Court 15 November 2011.

*Roy Cooper, Attorney General, by Kathleen N. Bolton, Assistant Attorney General, for the State.*

*David M. Black for defendant-appellant.*

PER CURIAM.

Reversed for the reasons stated in the dissenting opinion of the Court of Appeals.

REVERSED.